DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REYNALDO GUITY DAVID,**
Appellant,

v.

**FLORIDA DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D22-793

[January 5, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca I. White, Judge; L.T. Case No. 21CA000056.

Reynaldo Guity David, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***